UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
L.H. et al,        :
        :
        Plaintiffs,        :
        :    25-CV-7948 (JMF)
    -v-        :
        :    <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated September 26, 2025, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 8. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date of that Order. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 23, 2025**.

      SO ORDERED.

Dated: October 16, 2025
      New York, New York
                                  JESSE M. FURMAN
                                  United States District Judge